## 34205. STUDGES v. THE STATE.

TOWNSEND, J. Where, as here, the bill of exceptions contains no certificate of the trial judge indicating his intention to verify the truthfulness of the recitals therein contained, as required by Code (Ann. Supp.), § 6-806, the appellate court has no jurisdiction, and the bill of exceptions must be dismissed. *Beasley* v. *Georgia Power Co.,* 207 *Ga.* 188 (60 S. E. 2d, 363); *Edge* v. *State,* 199 *Ga.* 431 (34 S. E. 2d, 498); *Davis* v. *State,* 191 *Ga.* 558 (1) (13° S. E. 2d, 351). The certificate of the trial court as follows: "The above and foregoing bill of exceptions approved and ordered filed," does not amount to a compliance with this requirement.

> *Writ of error dismissed. Gardner, P.J., and Carlisle, J., concur.*

DECIDED SEPTEMBER 16, 1952.

*R. Terry,* for plaintiff in error.
*J. R. Thompson, Solicitor,* contra.